IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

NOV 2 5 2019

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

AMENA WILLIAMS                                        PLAINTIFF

CAUSE NO. 4:19-CV-04024
4:19-CV-04027

THE LINKS @ TEXARKANA,
THE LINKS @TEXARKANA LP
LINDSEY MANAGEMENT

REQUEST FOR REOPENING OF ABOVE CASES

COMES THE PLAINTIFF AMENA WILLIAMS , IN THE ABOVE STYLE CASES.

THE CASES WERE FILED BY THE PLAINTIFF AND A AGREEMENT WAS

REACHED BETWEEN THE PLAINTIFF AND THE DEFENDANTS.  THE

DEFENDANTS AGREED TO DISMISS (UNLAWFUL DETAINER LAWSUIT )

UPON GETTING THE APARTMENT BACK IN THEIR POCESSION . THE

DEFENDANTS  FAILED TO IMMEDIATLEY DISMISS THE ABOVE MENTION

CASES PER TERMS OF THE SETTLEMENT AGREEMENT.  PER TERMS OF

SETTLEMENT AGREEMENT.

" LAWSUIT DISMISSAL"

A) The parties agree that the pending lawsuit between "The Links and Williams and Grant , captioned The Links at Texarkana , a Limited Partnership , d/b/a The Links at Texarkana Apartments v. Amena Williams and Hamilton Grant , Cause No. 46CV-19-97 filed February 27,2019 , in Circuit Court Miller County , State of Arkansas ( Unlawful Detainer Suit ) will be dismissed by agreed order after the Links regains possession of the Apartment with each party to pay their own Attorney Fees.

The apartment was vacated , and a e-mail was sent over to the defendants and their legal counsel advising them the apartment was empty on March 31,2019. I continued to request that the eviction be closed by the Eviction was not closed until August/2019. I was told at the time of settlement that the other parties had not signed so that the counsel would have to file every thing in court after getting signatures.

It is my Prayer that the court grant my request to reopen the

Above mentioned cases.

Amena Williams

## CERTIFICATE OF SERVICE

I, Amena Williams , hereby certify that true and correct copy of the above and foregoing document has been forwarded to the following attorney/ Plaintiff of record this 21st day of November , 2019 .


Matthew Golden Law Firm ,PLC
723 Main St
Texarkana,TX 75501

Via e-mail and First Class mail

Lindsey Management Co
1200 Joyce St.
Fayettville, AR 72703

Via email and First Class Mail


Links At Texarkana
333 Links Dr
Texarkana , AR 71854

Via First Class Mail

Amena Williams



Ramona Williams
1801 Richmond rd #13b
Texarkana, TX 75503

CERTIFIED MAIL

7018 3090 0001 8215 1455



United States District Court
Office Of The Clerk
500 State line Ave, Room 302
Texarkana, AR 71854

UNITED STATES POSTAGE
$007.00°
PITNEY BOWES
02 1P       $
0000789952   OCT 24 2019
MAILED FROM ZIP CODE 75503