# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# TEXARKANA DIVISION

AMENA WILLIAMS                                                      PLAINTIFF

v.                                Cause No. 4:19-cv-04027

THE LINKS AT TEXARKANA, *et al*                         DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion to Reopen Case. ECF No. 11. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2009), the Honorable Susan O. Hickey referred this Motion to this Court. The Court finds that no response is necessary and this matter is ripe for consideration.

Plaintiff brought this action *pro se* on March 8, 2019, alleging wrongful eviction. On August 13, 2019, the parties filed a Joint Stipulation of Dismissal of Claims. ECF No. 9. The stipulation was signed by all parties. *Id.* On August 15, 2019 the Court entered an Order dismissing all of Plaintiff's claims against Defendants.

Plaintiff filed the instant motion on November 25, 2019, moving the court to reopen this case alleging Defendants had failed to comply with a settlement agreement, by failing to dismiss a related and pending "unlawful detainer" lawsuit against Plaintiff. Plaintiff then states that the "eviction" lawsuit was in fact dismissed in August 2019. Plaintiff has failed to establish any failure of Defendants' to comply with the parties's August 2019 settlement agreement and in fact indicates the eviction lawsuit was dismissed at or about the same time the settlement agreemeent was reached.

Plaintiff's Motion to Reopen Case (ECF No. 11) should be and hereby is **DENIED**.

**IT IS SO ORDERED this 16th day of December 2019.**

                                                      /s/ *Barry A. Bryant*
                                                      HON. BARRY A. BRYANT
                                                      U.S. MAGISTRATE JUDGE